UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20 CR 806 |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| MICHAEL WALTERS | ) | |
| Defendant | ) | **ORDER** |

  This matter was before the court on April 10, 2024, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Michael Walters was present and represented by Attorney Anthony Koukoutas. The United States was represented by Assistant United States Attorneys Kevin Bringman and Matthew Shepherd. The Pretrial Services and Probation Office was represented by Camil Croft. The court reporter was Greg Mizanin. The defendant admitted to the supervised release violations at the initial supervised release hearing before Magistrate Judge Knapp on February 28, 2024, and again before this court, as set forth on the open record. The court adopts the Report and Recommendation of the Magistrate Judge and finds Defendant in violation of the terms of his supervised release.

  IT IS ORDERED that Defendant's supervised release is revoked. Defendant is hereby committed to 100 days custody of the Bureau of Prisons, with credit for time served from February 20, 2024. A one-year term of supervised release shall follow, with the same terms and

conditions previously imposed, including substance abuse treatment and testing. The first month of supervision shall be served on home detention, the type of which is at the discretion of the Probation Officer. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                            /s/*SOLOMON OLIVER, JR.*
                                            UNITED STATES DISTRICT JUDGE

April 12, 2024